UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-4641 MJD/RLE

| | |
|---|---|
| SPENCER STRUNIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| TRANSPORTATION SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits, each party to bear its own attorney's fees, costs, disbursements, and expenses.

Dated: June 13, 2005

S/ Michael J. Davis
MICHAEL J. DAVIS, Judge
United States District Court